UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-24840-BB

WINDY LUCIUS,

    Plaintiff,

v.

THE COLLECTED GROUP RETAIL, LLC d/b/a JOIE,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant THE COLLECTED GROUP RETAIL, LLC d/b/a JOIE, Plaintiff WINDY LUCIUS hereby gives notice that she voluntarily dismisses all claims against Defendant with prejudice, and requests that this Court terminate the action.

Dated: December 28, 2020        Respectfully submitted,

           */s/ J. Courtney Cunningham*
           J. Courtney Cunningham, Esq.
           J. COURTNEY CUNNINGHAM, PLLC
           FBN: 628166
           8950 SW 74th Court, Suite 2201
           Miami, FL 33156
           T:  305-351-2014
           cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

           */s/ J. Courtney Cunningham*
           J. Courtney Cunningham, Esq.